UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR -6 PM 12: 14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Mario DIAZ-Munoz,** Defendant | Magistrate Docket No. '08 MJ 071 |
| | COMPLAINT FOR VIOLATION OF: |
| | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **March 5, 2008** within the Southern District of California, defendant, **Mario DIAZ-Munoz,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th** **DAY OF** **MARCH 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Mario DIAZ-Munoz**

## PROBABLE CAUSE STATEMENT

On March 5, 2008, Border Patrol Agent M. Quintero was performing patrol duties in an area known as "Dairymart." At approximately 5:15 A.M Border Patrol dispatch, informed Agent Quintero via service radio, of a seismic device activation in the area. This area is located approximately three miles west of the San Ysidro, California Port of Entry and one half mile north of the United States/ Mexico International Boundary.

Upon arriving in the area, Agent Quintero observed fresh footprints traveling in a northerly direction. Agent Quintero followed the footprints and after a brief search, encountered five individuals attempting to conceal themselves in the brush. Agent Quintero identified himself as a United States Border Patrol Agent and then conducted an Immigration inspection. All subjects, including one later identified as the defendant **Mario DIAZ-Munoz**, freely admitted to being citizens and nationals of Mexico who were not in possession of any immigration documents that would allow them to enter or remain in the United States legally. All five of the subjects were arrested and transported to the Imperial Beach Border Patrol Station for processing at approximately 6:30 A.M.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 23, 1993** through **Laredo, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally. The defendant stated that he had not applied for permission to re-enter the United States following his deportation. He also stated his intended destination was San Diego, California.