AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VMH DEPUTY

UNITED STATES OF AMERICA

v.

MARIO DIAZ-MUNOZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1026-LAB

I, MARIO DIAZ-MUNOZ, the above named defendant, who is accused of committing the following offense:

~~Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor)~~; Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Mario Diaz
Defendant

Sara Peloquin
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER