AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAY 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

MARIO DIAZ-MUNOZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1026-LAB

I, MARIO DIAZ-MUNOZ, the above named defendant, who is accused of committing the following offense: Title 8, USC, Sec 1001 - False Statement - Felony

~~Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),~~

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MAY 1, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Mario Diaz Munoz
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER