AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUL 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARIO DIAZ-MUNOZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr1026-LAB

I, MARIO DIAZ-MUNOZ, the above named defendant, who is accused of committing the following offense: Title 8 U.S.C. § 1001 False Statement - Felony.

~~Title 8, U.S.C., Sec. 1325 - Illegal Entry - (Felony),~~

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/28/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Mario Diaz

Defendant

[signature]

Counsel for Defendant

Before [signature]

JUDICIAL OFFICER